**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: RAINFORTH, JON DOUGLAS § Case No. 10-60860
      RAINFORTH, MARILYN KAYE §
 §
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 16, 2010. The undersigned trustee was appointed on July 19, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $   9,355.35

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,914.61 |
| Bank service fees | 448.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 6,992.31 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/29/2010 and the deadline for filing governmental claims was 11/29/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,685.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,685.54, for a total compensation of $1,685.54.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $56.39, for total expenses of $56.39.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2013          By: /s/DAVID G. VELDE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60860  
**Case Name:** RAINFORTH, JON DOUGLAS  
                RAINFORTH, MARILYN KAYE  
**Period Ending:** 03/12/13

**Trustee:** (430190) DAVID G. VELDE  
**Filed (f) or Converted (c):** 07/16/10 (f)  
**§341(a) Meeting Date:** 08/20/10  
**Claims Bar Date:** 11/29/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | REAL PROPERTY - 1638 STATE HWY 11 SE-HOME  Order approving abandonment docketed 1/4/13. cmo. | 750,000.00 | 94,554.00 | OA | 0.00 | FA |
| 2 | REAL PROPERTY - 100041 HWY 621- RESORT CANADA  Order approving abandonment docketed 1/4/13. cmo. | 350,000.00 | 200,000.00 | OA | 0.00 | FA |
| 3 | CASH  Original value and exemption was $5,000, amended to $500 10/12/10. Orig. Trustee value changed per Trustee. cmo. | 500.00 | 0.00 | | 0.00 | FA |
| 4 | BORDER STATE BANK | 14.00 | 0.00 | | 0.00 | FA |
| 5 | WELLS FARGO | 0.00 | 0.00 | | 0.00 | FA |
| 6 | NLC RAINY RIVER | 903.00 | 0.00 | | 0.00 | FA |
| 7 | RIVER WOOD BANK  Actual value was $2,052.06, amended 10/12/10. | 2,052.06 | 0.00 | | 0.00 | FA |
| 8 | RIVER WOOD SM BUSINESS  Actual value was $4,570.73, amended 10/12/10. | 4,570.73 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS | 5,420.00 | 0.00 | | 0.00 | FA |
| 10 | VARIOUS BOOKS, ETC. | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | WEDDING RINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | FIREARMS | 200.00 | 0.00 | | 0.00 | FA |
| 14 | LIFE INS POLICIES (4)  TERM POLICIES, 3 HUSBAND'S, 1 WIFE'S. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | PUTNAM INVESTMENTS | 346.10 | 0.00 | | 0.00 | FA |
| 16 | 1999 FORD EXPLORER | 3,000.00 | 0.00 | | 0.00 | FA |
| 17 | 1994 FORD EXPLORER  Order approving sale to T. Fish docketed 9/22/11, price: $150. cmo. | 500.00 | 500.00 | | 150.00 | FA |
| 18 | 1979 INT'L DUMP TRUCK | 1,500.00 | 1,500.00 | | 610.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60860  
**Case Name:** RAINFORTH, JON DOUGLAS  
RAINFORTH, MARILYN KAYE  
**Period Ending:** 03/12/13

**Trustee:** (430190) DAVID G. VELDE  
**Filed (f) or Converted (c):** 07/16/10 (f)  
**§341(a) Meeting Date:** 08/20/10  
**Claims Bar Date:** 11/29/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Order approving sale to T. Huerd docketed 9/22/11, price: $610. cmo. | | | | | |
| 19   1993 FORD BRONCO W/SNOW PLOW | 1,000.00 | 0.00 | | 0.00 | FA |
| 20   1992 FORD PICKUP<br>Order approving sale to T. Fish docketed 9/22/11, price: $150. cmo. | 600.00 | 600.00 | | 150.00 | FA |
| 21   SNOWMOBILE TRAILER | 500.00 | 0.00 | | 0.00 | FA |
| 22   FLAT BED TRAILER<br>Order approving abandonment docketed 10/11/12. cmo. | 500.00 | 500.00 | OA | 0.00 | FA |
| 23   6' X 10' ENCLOSED TRAILER | 500.00 | 0.00 | | 0.00 | FA |
| 24   16' CRESTLINER<br>Order approving abandonment docketed 10/11/12. cmo. | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 25   1995 SMOKERCRAFT BOAT | 3,000.00 | 0.00 | | 0.00 | FA |
| 26   1973 DRIFTER HB 43'<br>Order approving sale for $4,500 docketed 8/15/11. | 5,000.00 | 5,000.00 | | 4,500.00 | FA |
| 27   1986 CRESTLINER 20'<br>Order approving sale to T. Fish docketed 9/22/11, price: $1200. cmo. | 2,500.00 | 2,500.00 | | 1,200.00 | FA |
| 28   1982 LARSON 24'<br>Order approving sale to T. Fish docketed 9/22/11, price: $150. cmo. | 3,000.00 | 3,000.00 | | 150.00 | FA |
| 29   6 - 16' ALUMARINE & MOTORS<br>Order approving abandonment docketed 10/11/12. cmo. | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 30   2 PRINTERS 3 FILE CABINETS<br>Original value was $2,000, amended to $105 10/12/10. Order approving abandonment docketed 10/11/12. cmo. | 105.00 | 0.00 | OA | 0.00 | FA |
| 31   73 CASE BACKHOE<br>No lien listed but creditor provided a copy of the UCC. cmo. | 3,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-60860  
**Case Name:** RAINFORTH, JON DOUGLAS  
RAINFORTH, MARILYN KAYE  
**Period Ending:** 03/12/13

**Trustee:** (430190) DAVID G. VELDE  
**Filed (f) or Converted (c):** 07/16/10 (f)  
**§341(a) Meeting Date:** 08/20/10  
**Claims Bar Date:** 11/29/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32 | SNOWMOBILES, 4 WHEELER, ATVS | 2,800.00 | 0.00 | | 0.00 | FA |
| 33 | PREFERENCE TO WELLS FARGO (u)<br>  Paid in full. | 0.00 | 1,395.00 | | 1,395.00 | FA |
| 34 | LAND-CONDEMNED BY ST OF MN, DEPT OF TRANS<br>  Order approving abandonment docketed 10/11/12. cmo.<br>Per Marty at Border State Bank, they have petitioned for the funds. 4-25-12 cmo.<br>This is a strip of land which is part of asset no. 1, being condemned by the MN Dept of Transportation. $10k awarded by the commissioners rather than the original $5,950. The Trustee has reviewed, and there are several secured creditors, with no equity for the bky estate. 5-27-11. cmo. | 0.00 | 0.00 | OA | 0.00 | FA |
| 35 | ABANDONED ITEMS SOLD TO TOM ROEN (u)<br>  Limited notice of sale approved 10-13-11, no objections filed. cmo.<br>2 damaged aluminum boats, one boat trailer, two boat motors, inverrter and home-made log splitter. Whether listed or not is difficult to tell. cmo. | 0.00 | 1,200.00 | | 1,200.00 | FA |
| 36 | ABANDONED SCRAP ITEMS (u)<br>  Limited notice of abandonment approved 10-13-11, no objections filed. cmo.<br>Whether listed or not is difficult to tell. | 0.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.35 | Unknown |
| 37 | Assets    Totals (Excluding unknown values) | $1,154,510.89 | $317,749.00 | | $9,355.35 | $0.00 |

**Major Activities Affecting Case Closing:**

PREPARE TFR.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 10-60860  
**Case Name:** RAINFORTH, JON DOUGLAS  
  RAINFORTH, MARILYN KAYE  
**Period Ending:** 03/12/13  

**Trustee:** (430190) DAVID G. VELDE  
**Filed (f) or Converted (c):** 07/16/10 (f)  
**§341(a) Meeting Date:** 08/20/10  
**Claims Bar Date:** 11/29/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 25, 2011  **Current Projected Date Of Final Report (TFR):** February 27, 2013

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-60860 | | Trustee: | DAVID G. VELDE (430190) |
|---|---|---|---|---|
| Case Name: | RAINFORTH, JON DOUGLAS | | Bank Name: | The Bank of New York Mellon |
| | RAINFORTH, MARILYN KAYE | | Account: | 9200-******74-65 - Checking Account |
| Taxpayer ID #: | **-***6070 | | Blanket Bond: | $20,007,000.00  (per case limit) |
| Period Ending: | 03/12/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/06/10 | {33} | WELLS FARGO | RETURN OF PREFERENCE | 1241-000 | 185.00 | | 185.00 |
| 10/06/10 | {33} | WELLS FARGO | RETURN OF PREFERENCE | 1241-000 | 270.00 | | 455.00 |
| 10/06/10 | {33} | WELLS FARGO | RETURN OF PREFERENCE | 1241-000 | 940.00 | | 1,395.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.01 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.02 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.03 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.04 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.05 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.06 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.07 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,395.09 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.68 | 1,392.41 |
| 08/24/11 | {26} | Brandon Fish | SALE OF HOUSEBOAT | 1129-000 | 4,500.00 | | 5,892.41 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 5,892.42 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,867.42 |
| 09/08/11 | 1001 | LAKE OF THE WOODS MARINE INC. | storage and maintenance expense for houseboat | | | 1,063.38 | 4,804.04 |
| | | | Ref #            959.59 ACCT#2186341024 | 2420-000 | | | 4,804.04 |
| | | | Ref #            103.79 ACCT#2186341024 | 2420-000 | | | 4,804.04 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,804.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,779.07 |
| 10/10/11 | | Ted Fish | PURCHASE OF NON-EXEMPT ITEMS | | 1,650.00 | | 6,429.07 |
| | {17} | | 150.00 | 1129-000 | | | 6,429.07 |
| | {20} | | 150.00 | 1129-000 | | | 6,429.07 |
| | {28} | | 150.00 | 1129-000 | | | 6,429.07 |
| | {27} | | 1,200.00 | 1129-000 | | | 6,429.07 |
| 10/25/11 | {35} | Tom Roen | PURCHASE OF NON-EXEMPT ITEMS | 1229-000 | 1,200.00 | | 7,629.07 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,629.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,604.11 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,604.17 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,579.17 |
| 12/02/11 | {18} | Tony Huerd | SALE OF ASSETS | 1129-000 | 610.00 | | 8,189.17 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,189.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,164.23 |

Subtotals :    $9,355.29    $1,191.06

{} Asset reference(s)

Printed: 03/12/2013 10:47 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-60860  
**Case Name:** RAINFORTH, JON DOUGLAS  
　　　　　　　RAINFORTH, MARILYN KAYE  
**Taxpayer ID #:** **-***6070  
**Period Ending:** 03/12/13  

**Trustee:** DAVID G. VELDE (430190)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******74-65 - Checking Account  
**Blanket Bond:** $20,007,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,164.29 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,139.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,114.29 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,089.29 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,064.29 |
| 05/01/12 | 1002 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/01/2012 FOR CASE #10-60860, Bond # 016018054 | 2300-000 | | 8.51 | 8,055.78 |
| 05/24/12 | 1003 | GREGORY C. BOYNTON | PAYMENT OF FEES/EXP PER ORDER OF 5/23/12 | | | 842.72 | 7,213.06 |
| | | | Ref # AGENT'S FEES       636.80 | 3991-000 | | | 7,213.06 |
| | | | Ref # AGENT'S FEES       205.92 | 3992-000 | | | 7,213.06 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,188.06 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,163.06 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,138.06 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,113.06 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,088.06 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,063.06 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,038.06 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,013.06 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001043019088 20130117 | 9999-000 | | 7,013.06 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 9,355.35 | 9,355.35 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,013.06 | |
| | | | **Subtotal** | | 9,355.35 | 2,342.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,355.35** | **$2,342.29** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 03/12/2013 10:47 AM　　V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-60860  
**Case Name:** RAINFORTH, JON DOUGLAS  
RAINFORTH, MARILYN KAYE  
**Taxpayer ID #:** \*\*-\*\*\*6070  
**Period Ending:** 03/12/13

**Trustee:** DAVID G. VELDE (430190)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*205965 - Checking Account  
**Blanket Bond:** $20,007,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,013.06 | | 7,013.06 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.75 | 7,002.31 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 6,992.31 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,013.06 | 20.75 | $6,992.31 |
| Less: Bank Transfers | | 7,013.06 | 0.00 | |
| Subtotal | | 0.00 | 20.75 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $20.75 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-\*\*\*\*\*\*74-65** | 9,355.35 | 2,342.29 | 0.00 |
| **Checking # \*\*\*\*205965** | 0.00 | 20.75 | 6,992.31 |
| | $9,355.35 | $2,363.04 | $6,992.31 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 29, 2010

**Case Number:** 10-60860  
**Debtor Name:** RAINFORTH, JON DOUGLAS

Page: 1

**Date:** March 12, 2013  
**Time:** 10:48:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | DAVID G. VELDE<br>1118 BROADWAY<br>ALEXANDRIA, MN 56308 | Admin Ch. 7 | | $1,685.54 | $0.00 | 1,685.54 |
| 200 | DAVID G. VELDE<br>1118 BROADWAY<br>ALEXANDRIA, MN 56308 | Admin Ch. 7 | | $56.39 | $0.00 | 56.39 |
| GB 200 | GREGORY C. BOYNTON, P.A.<br>56264 COUNTY ROAD 137<br>WARROAD, MN 56763 | Admin Ch. 7 | AGENT'S FEES | $636.80 | $636.80 | 0.00 |
| GB 200 | GREGORY C. BOYNTON, P.A.<br>56264 COUNTY ROAD 137<br>WARROAD, MN 56763 | Admin Ch. 7 | AGENT'S FEES | $205.92 | $205.92 | 0.00 |
| LOTWMI 200 | LAKE OF THE WOODS MARINE INC<br>3208 BUR OAK ROAD NW<br>BAUDETTE, MN | Admin Ch. 7 | ACCT#2186341024<br>Under "Doug Rainsforth" for storage of house boat through May/Aug 2011, to be paid at the sale of the same. cmo. | $1,063.38 | $1,063.38 | 0.00 |
| 1 100 | LYNN AND CAROL CANIVEZ<br>9609 W. INDIAN HILLS DRIVE<br>SUN CITY, AZ 85351 | Secured | SECURED. cmo. | $61,625.46 | $0.00 | 61,625.46 |
| 4 100 | TOWNSHIP OF LAKE OF THE WOODS<br>P.O. BOX 427<br>RAINY RIVER ON POWLO | Secured | Withdrawn by letter.<br>Will withdraw, property sold, claim already paid. Called and sent ltr 11-27-12. cmo. | $0.00 | $0.00 | 0.00 |
| 2 610 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 248839<br>OKLAHOMA CITY, OK 73124-8839 | Unsecured | ok. cmo. | $20,298.28 | $0.00 | 20,298.28 |
| 3 610 | STEWART SANDE & ZIMMERMAN<br>PO BOX 538<br>FORT FRANCES, ON P91 3MB, | Unsecured | | $643.12 | $0.00 | 643.12 |
| 5 610 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | ok. cmo. | $9,483.94 | $0.00 | 9,483.94 |
| 6 610 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | ok. cmo. | $5,766.11 | $0.00 | 5,766.11 |
| 7 610 | MIDLAND FUNDING LLC<br>BY ITS AGENT RECOSER LLC<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | 5374<br>ok. cmo. | $2,041.03 | $0.00 | 2,041.03 |
| 8 610 | CAPITAL ONE, N.A.<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | ok. cmo. | $1,078.14 | $0.00 | 1,078.14 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 29, 2010

**Case Number:** 10-60860  
**Debtor Name:** RAINFORTH, JON DOUGLAS  

Page: 2

**Date:** March 12, 2013  
**Time:** 10:48:00 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 104,584.11 | 1,906.10 | 102,678.01 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-60860
Case Name: RAINFORTH, JON DOUGLAS
Trustee Name: DAVID G. VELDE

**Balance on hand:**          $          6,992.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | LYNN AND CAROL CANIVEZ | 61,625.46 | 61,625.46 | 0.00 | 0.00 |
| 4 | TOWNSHIP OF LAKE OF THE WOODS | 1,701.60 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                       $      6,992.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID G. VELDE | 1,685.54 | 0.00 | 1,685.54 |
| Trustee, Expenses - DAVID G. VELDE | 56.39 | 0.00 | 56.39 |

Total to be paid for chapter 7 administration expenses:   $      1,741.93
Remaining balance:                                        $      5,250.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $      5,250.38

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,250.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,310.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A. | 20,298.28 | 0.00 | 2,711.06 |
| 3 | STEWART SANDE & ZIMMERMAN | 643.12 | 0.00 | 85.90 |
| 5 | CHASE BANK USA, N.A. | 9,483.94 | 0.00 | 1,266.69 |
| 6 | CAPITAL ONE, N.A. | 5,766.11 | 0.00 | 770.13 |
| 7 | MIDLAND FUNDING LLC | 2,041.03 | 0.00 | 272.60 |
| 8 | CAPITAL ONE, N.A. | 1,078.14 | 0.00 | 144.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,250.38 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**